# EXHIBIT A

# IN THE CIRCUIT COURT OF MARSHALL COUNTY, WEST VIRGINIA

## JOSEPH M. RUCKI
MARSHALL COUNTY COURT HOUSE
600 SEVENTH STREET, ROOM 127
MOUNDSVILLE, WV 26041
PHONE: 304-845-2130
FAX: 304-845-3948

## FAX TRANSMISSION

DATE: _____

TO: _Cassie_

FAX NUMBER: _304-340-1130_

PLEASE DELIVER THE FOLLOWING PAGE (S)

_In RE: 21-C-34_

THIS TRANSMISSION CONSISTS OF _____ PAGES, INCLUDING THE COVER PAGE. IF YOU DO NOT RECEIVE ALL THE PAGES, OR IF YOU HAVE ANY QUESTIONS, PLEASE DO NOT HESITATE TO CONTACT ME AT (304) 845-2130.

THANK YOU IN ADVANCE,

_Stephanie_
DEPUTY CLERK

CASE 21-C-34 MARSHALL                                              PAGE 0001

TONYA TRIBETT; ESTATE GEORGE T VS. COVESTRO,LLC

| LINE | DATE | ACTION |
|---|---|---|
| 1 | 04/29/21 | COMPLAINT; CCIS; PRIVATE PROCESS SERVER; CCIS FAXED TO JUDGE |
| 2 | | AFFIDAVIT OF PERSONAL SERVICE ON JANA CONROY;KENNY A REP OF |
| 3 | | DR RICHARD IRVINS MEDICAL OFFICE ;BARB PLEVA A REP OF |
| 4 | | DR JOSEPH DONZELLA; TLY |
| 5 | 05/12/21 | FIRST AMENDED COMPLAINT & CCIS FORM FILED (SLM) |
| 6 | 05/27/21 | SUMMONS ISSUED BY RQUST OF HARRIS LAW FOR THOMAS STILL;CRAIG |
| 7 | | GRAYBILL  TLY |
| 8 | 05/28/21 | NOTICES OF DEPOSTION & CERTIFICATES OF SERVICE (SLM) |
| 9 | 06/14/21 | NOTICE OF BONA FIDE DEFENSE: ZACHARY WARDER FOR THOMAS STILL/ |
| 10 | | CERT OF SERVICE (CB) |
| 11 | 06/17/21 | SECRETARY OF STATE SERVED ON COVESTRO AND CRAIG GRAYHILL ON |
| 12 | | 6/11/21 |
| 13 | 06/28/21 | DEF THOMAS STILL'S ANSWER TO PLF'S 1ST AMENDED COMPLAINT & |
| 14 | | CERT OF SERV |
| 15 | 06/30/21 | DEF THOMAS STILLS ANSWER TO PL FIRST AMENDED COMPLAINT |
| 16 | 07/12/21 | DEF CRAIG GRAYBILL'S ANSWER TO PL'S 1ST AMENDED COMP/CERT OF |
| 17 | | SERVICE FILED (CB) |
| 18 | 07/12/21 | DEF COVESTRO LLC'S ANSW TO PL'S 1ST AMENDED COMP/CERT OF SER-CB |
| 19 | 07/14/21 | CERT. OF SERVICE: DEF CRAIG GRAYBILL'S ANSWER TO PLF'S 1ST |
| 20 | | AMENDED COMPAINT (JLG) |
| 21 | 07/14/21 | CERT OF SERVICE: DEF COVESTRO LLC'S ANSWER TO PLF'S 1ST AMENDED |
| 22 | | COMPLAINT (JLG) |
| 23 | 09/07/21 | NOTICE OF SERVICE (SLM) |
| 24 | 11/08/21 | CERT. OF SERVICE: DEF'S COVESTRO LLC'S NOTICE OF INTENT TO SERVE |
| 25 | | SUBPOENA DUCES TECUM (JLG) |
| 26 | 11/09/21 | ORDER: CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER; COPIES |
| 27 | | ISSUED TO M. LEAHEY, Z. WARDER AND P. HARRIS (JLG) |
| 28 | 12/27/21 | DEF COVESTRO LLC'S MOTION TO COMPEL/EXHIBITS/CERT OF SERVICE-CB |
| 29 | 12/28/21 | FAX:PL'S(X8)ANSWERS TO FIRST SET OF INTERROGATORIES OF DEFENDANT |
| 30 | | COVESTRO LLC./TMU |
| 31 | 12/30/21 | PL MOTION TO COMPEL RESPONSES TO FIRST SET OF DISCOVERY REQ (SAG |
| 32 | 12/30/21 | NOTICE OF HEARING 2-7 AT 11:00 AND CERT OF SERV |
| 33 | 01/03/22 | DEF MEMO IN OPPOISITION TO PL MOTION TO CAMPEL RESPONSES TO |
| 34 | | FIRST SET OF DISCOVERY REQ (SAG) |
| 35 | 01/05/22 | CERT OF SERV (NOTICE OF HEARING 2/7/22 @ 11:00) |
| 36 | 01/25/22 | CERT. OF SERVICE: PLF'S RESP. IN OPPOSITION TO DEF'S MOTION TO |
| 37 | | COMPEL; EXHIBIT 1; (JLG) |
| 38 | 01/26/22 | ORDER GRANTING PLF'S MOTION TO COMPEL; DEF'S SHALL PROVIDE A FUL |
| 39 | | L AND COMPLETE ANSWERS TO DISCOVERY ON OR BEFORE 02/21/22; HEARI |
| 40 | | NG PREVIOUSLY SET FOR 02/07/22 IS VACATED; ATTESTED COPIES ISSUE |
| 41 | | TO M. LEAHEY, Z. WARDER, P. HARRIS (JLG) |
| 42 | 01/31/22 | DEF COVESTRO LLC'S REPLY IN SUPPORT OF ITS MOTION TO COMPEL |
| 43 | 03/03/22 | CERT OF SERV (DEFS, COVESTRO LLC, THOMAS STILL & CRAIG GRAYBILLS |
| 44 | | NOTICE OF SERVICE OF DEFS' ANSWERS & RESPS TO PLFS' 1ST SET OF |
| 45 | | DISCOVERY REQS) |
| 46 | 03/09/22 | DEF'S PROPOSED ORDER GRANTING IN PART AND DENYING IN PART COVEST |
| 47 | | RO'S MOTION TO COMPEL; GIVEN TO JUDGE CRAMMER (JLG) |
| 48 | 03/16/22 | SUGGESTION OF DEATH OF PLF JOSEPH GIOVENGO (SLM) |
| 49 | 03/16/22 | ORDER: GRANTING IN PART AND DENYING IN PART COVESTRO'S MOTION TO |
| 50 | | COMPEL; ATTESTED COPIES ISSUED TO M. LEAHEY, Z. WARDER AND P. |

Resend04-27-22;02:46PM;Marshall County Circuit Clerk    ;3048453948    # 3/ 3

Case 5:22-cv-00111-JPB   Document 1-1   Filed 04/27/22   Page 4 of 4   PageID #: 20

TONYA TRIBETT, ESTATE GEORGE T VS. COVESTRO,LLC

| LINE | DATE | ACTION |
|---|---|---|
| 51 |  | HARRIS (JLG) |
| 52 | 03/23/22 | CERT. OF SERVICE: PLF'S 2D DISCOVERY REQ'S TO DEF. COVESTRO, LLC |
| 53 |  | (JLG) |
| 54 | 04/08/22 | MOTION TO AMEND COMPLAINT FOR RULE 25A SUBSTITUTION AND TO ADD |
| 55 |  | ADDITINAL PL (SAG) |

